UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ricky L. McDeid,

      Plaintiff,

v.                                                            Civ. No. 04-11 (JNE/FLN)
                                                           ORDER

State of Minnesota, et al.,

      Defendants.

This case is before the Court on a Report and Recommendation issued by the Honorable Franklin L. Noel, United States Magistrate Judge, on June 23, 2005. The magistrate judge recommended that Defendants' Motion for Summary Judgment be granted and that Plaintiff's claims be dismissed with prejudice. Plaintiff objected to the Report and Recommendation. The Court has conducted a de novo review of the record. Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1. Defendants' Motion for Summary Judgment [Docket No. 39] is GRANTED.

2. Plaintiff's motion to strike [Docket No. 52] is DENIED AS MOOT.

3. Plaintiff's claims are DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 13, 2005

                                                                              s/ Joan N. Ericksen
                                                                              JOAN N. ERICKSEN
                                                                              United States District Judge